Roberto Darden 78636-083
Name and Prisoner Number/Alien Registration Number

USP-Tucson
Place of Confinement

PO BOX 24550
Mailing Address

Tucson, AZ 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
                    FILED ____ LODGED
                    RECEIVED ____ COPY

                         MAY 31 2022

                    CLERK U S DISTRICT COURT
                     DISTRICT OF ARIZONA
                    BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Roberto Darden                          )
(Full Name of Petitioner)               )
                                        )
                  Petitioner,           )  CASE NO. CV-22-00256-TUC-JGZ--LAB
                                        )        (To be supplied by the Clerk)
              vs.                       )
                                        )
Chris Howard                            )  PETITION UNDER 28 U.S.C. § 2241
(Name of Warden, Jailor or authorized person) ) FOR A WRIT OF HABEAS CORPUS
having custody of Petitioner)           )  BY A PERSON IN FEDERAL CUSTODY
                                        )
                  Respondent.           )

## PETITION

1. What are you challenging in this petition?
   ☐ Immigration detention
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Probation, parole or supervised release
   ☒ Other (explain): Actual Innocence.

2. (a) Name and location of the agency or court that made the decision you are challenging: ___
      Fourth Circuit Court of Appeals.

   (b) Case or opinion number: 22-126 et al.

   (c) Decision made by the agency or court: Denied without an opinion.

Revised 3/9/07                          1                                    **530**

(d) Date of the decision: <u>March 2022 etc.</u>

3. Did you appeal the decision to a higher agency or court?   Yes ☐   No ☒

   If yes, answer the following:

   (a) First appeal:

   (1) Name of the agency or court: _____

   (2) Date you filed: _____

   (3) Opinion or case number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____
   _____
   _____

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (b) Second appeal:

   (1) Name of the agency or court: _____

   (2) Date you filed: _____

   (3) Opinion or case number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____
   _____
   _____

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (c) Third appeal:

   (1) Name of the agency or court: _____

   (2) Date you filed: _____

(3) Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4. If you did not appeal the decision to a higher agency or court, explain why you did not: __2244 motions cannot be appealed under law.__
_____
_____
_____

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?   Yes ☐   No ☒

If yes, answer the following:

(a) Name of the agency or court: _____

(b) Date you filed: _____

(c) Opinion or case number: _____

(d) Result: _____

(e) Date of result: _____

(f) Issues raised: _____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

   **CAUTION:** <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

**GROUND ONE**: <u>Actually Innocent of Being The Suspect Legally Identified By The Victim On January 6, 2011.</u>

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): <u>New evidence reveals that "Javon" was the general agent of petitioner's organization HOT HEAD ENTERTAINMENT, not his alias. See Attached Memorandum at Ground 1.</u>

(b) Did you exhaust all available administrative remedies relating to Ground One?   Yes ☑   No ☐

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☑ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

**GROUND TWO:** Actually Innocent of the acts charged, or Actually Innocent of Being The Alias Indicted.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): Having identified "Javon" as the suspect, in November 2010 he convinced the victim through the "CHS" to promote the posters of HOT HEAD ENTERTAINMENT"S rap artist "Dizz-E", which was an act within the scope of employment. See Attached Memorandum at Ground 2.

(b) Did you exhaust all available administrative remedies relating to Ground Two?   Yes ☒   No ☐

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☐ The Parole Commission
   ☒ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:

**GROUND THREE**: ACTUALLY INNOCENT OF THE GOVERNMENT'S FALSE IMPRESSION OF THE FACTS.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): The government's principle theory was that the petitioner used his DVD as the "means" to videotape the victim's sex in a hotel room, and that his subsequent ownership of that tape was the "way" he was able to coerce her into signing a contract to be his prostitute. See Attached Memorandum at Ground 3, pg. 15-19.

(b) Did you exhaust all available administrative remedies relating to Ground Three?   Yes ☒   No ☐

(c) If yes, did you present the issue to:
    ☐ The Board of Immigration Appeals
    ☐ The Office of General Counsel
    ☐ The Parole Commission
    ☒ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:

GROUND FOUR: ACTUALLY INNOCENT BUT FOR COUNSELS INEFFECTIVENESS.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): But for counsels failure to investigate and possibly discover the new evidence, no reasonable juror would have convicted him because he was not the suspect identified by the victim on January 6, 2011. See Attached Memorandum at Ground 3, pg. 20-23.

(b) Did you exhaust all available administrative remedies relating to Ground Four?   Yes ☒   No ☐

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☒ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why:

**Please answer these additional questions about this petition:**

7. Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☑ No ☐ (Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

   If yes, answer the following:

   (a) Have you filed a motion under 28 U.S.C. § 2255?        Yes ☑    No ☐

   If yes, answer the following:

   (1) Name of court: United States District Court-Eastern District

   (2) Case number: 4:11-cr-00052

   (3) Opinion or case number: 4:14-cv-136

   (4) Result: Denied on the merits.

   (5) Date of result: 2/8/18

   (6) Issues raised: Ineffective assistance, Brady violation, Government breach of clause 3 of the plea agreement, Insufficient evid.

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (b) Explain why the remedy under § 2255 is inadequate or ineffective: New evidence was not available at the time of direct appeal and first 2255, thus, claims could not be raised without those factual predicates. In the Fourth Circuit, an actual innocence claim must be based on facts, not mere legal insufficiency, thus petitioner has not had an unobstructed procedural shot at presenting claims herein. Stephens, 464 F.3d 898.

8. If this case concerns immigration removal proceedings, answer the following:

   (a) Date you were taken into immigration custody: _____

   (b) Date of removal or reinstatement order: _____

   (c) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☐

   (1) Date you filed: _____

   (2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____
_____
_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(d) Did you file an appeal with the federal court of appeals?   Yes ☐   No ☐

(1) Name of the court: _____

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____
_____
_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

9.  Petitioner asks that the Court grant the following relief: <u>Vacate Conviction (Count Three).</u>
<u>Resentence to time served for Count Nine.</u>
_____
_____

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __5/23/22__ (month, day, year).

_[signature]_
**Signature of Petitioner**

_____     _____
Signature of attorney, if any               Date

9