# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roberto Darden,<br><br>    Petitioner,<br><br>v.<br><br>Chris Howard,<br><br>    Respondent. | **NO. CV-22-00256-TUC-JGZ (LAB)**<br><br>**JUDGMENT OF DISMISSAL<br>IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and Petitioner having filed a Notice of Voluntary Dismissal, this action is hereby dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

July 1, 2022

         By   s/ M. Espinoza
              Deputy Clerk